UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of March, two thousand and fourteen.

_____

Echo Westley Dixon,

        Plaintiff - Appellant,

v.

United States of America,

        Defendant - Appellee.

_____

**ORDER**
Docket No. 13-4643

On May 13, 2013 this Court entered an order in Dixon v. Burke, USCA 2nd Cir. 13-415, requiring appellant to file a motion seeking leave of this Court prior to filing any future appeals.

A notice of appeal in the above referenced case was filed. The Court has no record that appellant sought the Court's permission to appeal prior to filing the notice of appeal.

IT IS HEREBY ORDERED that this case is dismissed effective **March 25, 2014** unless a motion seeking leave of this Court is filed by that date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

