# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of April, two thousand and fourteen.

_____

Echo Westley Dixon,

    Plaintiff-Appellant,                        **ORDER**

    v.                                        Docket No. 13-4643

United States of America,

    Defendant-Appellee.

_____

    IT IS HEREBY ORDERED that the Appellant's motion for a temporary restraining order and to proceed *in forma pauperis*, filed December 26, 2013, is DENIED as moot in light of the mandate issued April 16, 2014.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

